IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William Whitefield, ) | |
| ) | C/A No. 0:10-2730-HFF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Case Maniger Mrs. L. Brown, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff is an inmate at Federal Correctional Institution (FCI) Bennettsville who, proceeding *pro se,* filed a complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). By Order issued on November 15, 2010, Plaintiff was given an opportunity to provide the service documents necessary to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Plaintiff did not respond to the Order and the time for response lapsed on December 9, 2010. As Plaintiff has failed to prosecute this case and has failed to comply with an Order of this Court, the case is **dismissed without prejudice** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Henry F. Floyd
United States District Judge

January 31, 2011.
Spartanburg, South Carolina

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.