IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| William Whitefield, | ) | |
| | ) | C/A No. 0:10–2730-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| Case Manager Mrs. L. Brown; | ) | |
| Warden D. Drew; | ) | |
| BOP, | ) | |
| Defendants. | ) | |

_____

William Whitefield ("Plaintiff"), a federal prisoner proceeding pro se, filed this action pursuant to *Bidens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Magistrate Judge's Report and Recommendation, filed on April 18, 2011, recommended that this case be dismissed without prejudice and without issuance and service of process. (Dkt. # 29). No objections were file and the court adopted the Report on October 19, 2011. (Dkt. # 34). The case was subsequently closed. Plaintiff has now filed a Motion to Reconsider contending he never received the Report and Recommendation. (Dkt. # 38).

Plaintiff's Motion to Reconsider (Dkt. # 38) is **GRANTED**. It is Ordered that the above civil action be **REOPENED** and the Clerk's Office is to mail Plaintiff a copy of the Report and Recommendation and the Objection Notice (Dkt. # 29) and Plaintiff shall have fourteen days from the date of service of the Report and Recommendation to file any objections to it.

IT IS SO ORDERED.

s/Timothy M. Cain
United States District Judge

Greenville, South Carolina
October 31, 2011